**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAMANTHA L. WILLIAMS,**

      **Plaintiff,**

**v.**                                     **Case No:  6:13-cv-344-Orl-36TBS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on December 24, 2013 (Doc. 23).  In the Report and Recommendation, the Magistrate Judge recommends that the Court reverse and remand this case to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. *See id*.  Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Administrative Law Judge committed error in failing to specifically address Dr. Steven L. Weiss' finding that Plaintiff had marked restrictions in her ability to make judgments on simple work-related decisions. *See id.* at 11–14. As such, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 23) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The decision of the Commissioner of Social Security is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings in this Order and the Report and Recommendation.

3. The Clerk is directed to enter judgment accordingly and **close** this case.

4. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) shall be **THIRTY (30) days** after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Plaintiff is directed that upon receipt of such notice, she shall promptly email Mr. Rudy and the Office of the General Counsel's attorney who prepared the Government's brief to advise that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida on January 15, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Thomas B. Smith