UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SAMANTHA L. WILLIAMS,**

      **Plaintiff,**

v.                                                                 **Case No: 6:13-cv-344-Orl-36TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. Smith on February 7, 2014 (Doc. 27). In the Report and Recommendation, Judge Smith recommends that the Court grant Plaintiff's uncontested petition for attorneys' fees. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Uncontested Petition for Attorney's Fees (Doc. 26) is **GRANTED**.

(3) Attorney's fees in the amount of **$4,738.64** are awarded for work performed by Richard A. Culbertson, pursuant to the Equal Access to Justice Act. In light of

   Plaintiff's EAJA assignment, the payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff does not owe a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's EAJA assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

(4) The Clerk shall enter a Judgment as to Attorneys' Fees awarding attorneys' fees in the amount of $4,738.64 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**DONE AND ORDERED** at Orlando, Florida on April 4, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. Smith
Counsel of Record