UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMANTHA L. WILLIAMS,

    Plaintiff,

v.                                Case No:   6:13-cv-344-Orl-36TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b). (Doc 30).   Upon due consideration I respectfully recommend that the motion be **GRANTED**.

On February 28, 2013, Plaintiff filed her complaint in this court seeking judicial review of a final decision of the Defendant Commissioner of the Social Security Administration.   (Doc. 1).   Plaintiff applied for disability insurance benefits and supplemental security income on January 28, 2008 and January 29, 2008, respectively. (Doc. 16 at 2).   Plaintiff's request was denied by an administrative law judge ("ALJ") on April 7, 2011.   (Id.).   She appealed the ALJ's decision and on January 2, 2013, the Appeals Council denied her request for review.   (Id. at 2-3).   Plaintiff retained Richard A. Culbertson, Esq. who filed this action on her behalf.

The Commissioner answered the complaint and the parties filed their respective legal memoranda addressing the merits of Plaintiff's claims.   (Doc. 11).   The Court entered a scheduling order (Doc. 13) and on July 11, 2013 Plaintiff filed her memorandum in opposition to the Commissioner's decision.   (Docs. 11, 16 and 22).   On December l

entered my report and recommendation that the district court reverse and remand the final decision of the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 23). My report and recommendation was adopted by the district judge on January 15, 2014. (Doc. 24). On January 16, 2014, the clerk entered judgment accordingly. (Docs. 25). The Court subsequently awarded Plaintiff's lawyer $4,738.64 in attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. 27).

On remand, Plaintiff was awarded years of past due benefits in an amount in excess of $50,000, as well as ongoing future benefits. (Doc. 30 ¶ 2; Doc. 30-2 at 1-3). Her fee agreement provides for attorney's fees in the amount of 25% of any past due benefits awarded to her and her family, minus EAJA fees. (Doc. 30-1). Plaintiff's lawyer is seeking a net award of $7,901.61, which he asserts is the amount that was withheld by the Social Security Administration for the payment of attorneys' fees ($12,640.25), minus the $4,738.64 in EAJA fees he has already received.[1]

Pursuant to 42 U.S.C. § 406(b), an attorney who secures a favorable result for his or her client upon remand from federal court may petition the Court for a fee not in excess of 25% of the total past-due benefits to which the claimant is entitled. 42 U.S.C. § 406(b)(1)(A). In capping the fee at twenty-five percent, "Congress ... sought to protect claimants against 'inordinately large fees' and also to ensure that attorneys representing successful claimants would not risk 'nonpayment of [appropriate] fees.'" Gisbrecht v. Barnhart, 535 U.S. 789, 805 (2002). "Within the 25% boundary ... the attorney for the successful claimant must show that the fee sought is reasonable for the services

---

[1] See Jackson v. Comm'r of Soc. Sec., 601 F.3d 1268, 1271-74 (11th Cir. 2010).

rendered." Id. at 807. The Commissioner does not oppose this motion. (Doc. 30 at 2).

Upon due consideration, it is **respectfully recommended** that the district court **grant** Plaintiff's motion and approve her request for § 406(b) fees **in the amount of $7,901.61** which is an amount equal to 25% of Plaintiff's past due benefits minus the EAJA fees already paid.[2]

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on January 13, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record

---

[1] The § 406(b) fee award is to be paid out of Plaintiff's past due benefits currently being withheld by the Social Security Administration.