UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMANTHA L. WILLIAMS,

         Plaintiff,

v.                                    Case No:   6:13-cv-344-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

         Defendant.

## ORDER

This cause is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b). (Doc. 30) filed on January 9, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed January 13, 2015 (Doc. 31), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. 406(b). is hereby **GRANTED in the amount of $7,901.61**.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties